UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED FEBRUARY 2, 2023 | Case No: _____<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO INTERVENE AND QUASH GRAND JURY SUBPOENA DATED FEBRUARY 2, 2023

PLEASE TAKE NOTICE that, pursuant to Rules 6 and 17 of the Federal Rules of Criminal Procedure, upon the accompanying Memorandum of Law in Support of Movants' Motion to Intervene and Quash Grand Jury Subpoena Dated February 2, 2023 (the "Motion"), the exhibits thereto, and the Declaration of Mark Califano, Movants respectfully move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time to be determined by the Court, for an Order quashing the subpoena, dated February 2, 2023, issued by a federal grand jury sitting in the Southern District of New York. The Memorandum of Law in Support, supporting declaration and exhibits, and a proposed order are forthcoming and will be filed under seal or *in camera*, upon the assignment of a presiding judge. Movants respectfully request oral argument for the Motion.

1

Date: March 29, 2023                           Respectfully submitted,

**DENTONS US LLP**

*/s/Mark Califano*
Mark Califano (Bar No. 5644083)
Douglas W. Henkin (Bar No. DH-1751)
Melissa Gomez Nelson (*pro hac vice* forthcoming)
Matthew A. Lafferman (*pro hac vice* forthcoming)
1900 K Street N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
mark.califano@dentons.com
douglas.henkin@dentons.com
melissa.gomeznelson@dentons.com
matthew.lafferman@dentons.com

**Counsel for Movants**

## **CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Notice was served on the following Assistant United States Attorneys for United States District Court for the Southern District of New York via e-mail, pursuant to the parties' agreement, on March 29, 2023:

Andrew Thomas
Jared Lenow
Andrew.Thomas2@usdoj.gov
Jared.Lenow@usdoj.gov

                                                 */s/Mark Califano*
                                                 Mark Califano