UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA DATED FEBRUARY 2, 2023 | Case No: 1:23-mc-00083 |

### PROOF OF SERVICE

I, Mark Califano, hereby certify that on March 29, 2023, I caused to be served a copy of the Notice of Motion to Intervene and Quash Grand Jury Subpoena dated February 2, 2023 and Miscellaneous Cover Sheet, upon the following Assistant United States Attorneys for the United States Attorney's Office for the Southern District of New York, via e-mail (pursuant to the parties' agreement to accept service via email):

Andrew Thomas
Jared Lenow
Danielle Sassoon
Andrew.Thomas2@usdoj.gov
Jared.Lenow@usdoj.gov
Danielle.Sassoon@usdoj.gov

/s/Mark Califano
Mark Califano (Bar No. 5644083)
Douglas W. Henkin (Bar No. DH-1751)
Melissa Gomez Nelson (*pro hac vice* forthcoming)
Matthew A. Lafferman (*pro hac vice* forthcoming)
1900 K Street N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
mark.califano@dentons.com
douglas.henkin@dentons.com
melissa.gomeznelson@dentons.com
matthew.lafferman@dentons.com

**Counsel for Movants**