# Rule 7.1 Corporate Disclosure Statement, Memorandum in Support of Motion to Quash, Accompanying Exhibits, Motion for Leave to File *in Camera*, and Proposed Orders

(Filed under seal or *in camera*)